FILED: December 17, 2015

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 15-2280
(1:13-cv-01142-GLR)
_____

WILLIS CASTO

      Plaintiff - Appellant

v.

WELLS FARGO BANK, N.A.

      Defendant - Appellee

_____

O R D E R
_____

The court extends the briefing schedule as follows:

Appendix due: 01/08/2016

Opening brief due: 01/08/2016

Response brief due: 02/12/2016

Any reply brief: 14 days from service of response brief.

For the Court--By Direction

/s/ Patricia S. Connor, Clerk